Michele R. Stafford, Esq. (SBN 172509)
Allan D. Shuldiner, Esq. (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California  94502
Telephone: (510) 906-4710
Email: mstafford@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> C & A FLOORING, INC., a Suspended California Corporation, <br><br> Defendant. | Case No.: C19-0408 -JCS <br><br> **REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING; DECLARATION OF ALLAN D. SHULDINER IN SUPPORT THEREOF; [~~PROPOSED~~] ORDER THEREON** <br><br> Date:        February 6, 2020 <br> Time:        9:00 a.m. <br> Location:   San Francisco Courthouse <br>                    450 Golden Gate Ave. <br>                    San Francisco, CA  94102 <br> Courtroom: E – 15th Floor <br> Judge:       Hon. Jacqueline Scott Corley, <br>                    Magistrate Judge |

I, Allan D. Shuldiner, declare:

1.      I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2.      I submit this Declaration in support of Plaintiffs' pending Motion for Default Judgment ("Motion") against Defendant C & A Flooring, a suspended California Corporation, filed on December

---

1

**PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING; [~~PROPOSED~~] ORDER THEREON**
**Case No.: C19-0408-JCS**

19, 2019. Plaintiffs are requesting that the Motion for Default Judgment be granted based on the pleadings filed herein without the necessity of a hearing and that the hearing, which has been noticed by Plaintiffs to be held on January 30, 2020, before the Honorable Jacqueline S. Corley, be vacated.

3.    Plaintiffs' Motion for Default Judgment was filed on December 19, 2019 [Dkt. No. 21] and was served upon Defendant on December 19, 2019. Defendant's deadline for filing any Opposition to the Motion by January 2, 2020 has passed, and Defendant has not made an appearance in this matter. Moreover, as Defendant is a suspended California Corporation, Defendant is prohibited from appearing and defending itself in this matter, unless and until its suspended status has been remedied.

4.    In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Motion for Default Judgment be granted without the necessity of a hearing. As attorneys' fees and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 27th day of September, 2020, at Alameda, California.

SALTZMAN & JOHNSON LAW
CORPORATION

By:    _____
         /S/
         Allan D. Shuldiner
         Attorneys for Plaintiffs, District Council 16
         Northern California Health and Welfare Trust
         Fund, et al.

IT IS SO ORDERED.

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, the hearing on Plaintiffs' pending Motion for Default Judgment is hereby vacated.

DATED:    January 29    , 2020    _____

UNITED STATES MAGISTRATE JUDGE

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

2

**PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING; [PROPOSED] ORDER THEREON**
**Case No.: C19-0408-JCS**